1    Hon. Robert S. Lasnik

2  Brian J. Waid
3  Waid Law Office
4  4847 California Ave. SW, Suite 100
   Seattle, Washington 98116
5  (206) 388-1926                           13-CV-01314-CLM
6

7        IN THE UNITED STATES DISTRICT COURT FOR THE
8               WESTERN DISTRICT OF WASHINGTON

9  RHEGAN PATRICK, and          CASE NO. 13-cv-01314-RSL
10 GRIFFIN PATRICK,

11    Plaintiffs,                [PROPOSED]
12                               ORDER CONSOLIDATING
                                 THIS CASE AND CASE NO.
13    vs.                        13-cv-01319-RSM

14 JAMES S. ROGERS d/b/a Law
15 Office of James S. Rogers,    NOTED FOR HEARING:
                                 September 5, 2013
16    Defendant.

17

18
19     This matter came on for hearing, without oral argument on the
20 parties' Stipulation to consolidate this case and Case No. 13-cv-01319-
21 RSM, also pending in this District.  The Court having considered the
22
23 parties' Stipulation and the pleadings filed in both cases,
24     IT IS ORDERED that parties' Stipulation is GRANTED, and this
25

[PROPOSED] Order Granting Stipulation to      WAID LAW OFFICE
Consolidate                                   4847 California Ave. SW, Suite100
Page 1 of 3                                   SEATTLE, WA 98116
                                              206-388-1926

1 case is hereby consolidated with Case no. 13-cv-01319-RSM, for all

2 purposes.

3

4     IT IS FURTHER ORDERED that all future pleadings in Case no.

5 13-cv-01319-RSM shall be filed into the Court Record in Case no. 13-cv-

6

7 01314-RSL , and that the Clerk of Court take all steps necessary to

8 accomplish the consolidation.

9     IT IS FURTHER ORDERED this consolidation is without prejudice

10

11 to the parties' right to seek re-alignment and/or re-designation of the parties

12 as Plaintiff(s) or Defendant(s) at a later date.

13     Order entered this 10th day of September, 2013 at Seattle,

14

15 Washington.

16                                          /s/ Robert S. Lasnik

17                               HON. ROBERT S. LASNIK, JUDGE

18 APPROVED

19 WAID LAW OFFICE

20 BY:   /s/ Brian J. Waid

21       BRIAN J. WAID
      WSBA No. 26038
22       bjwaid@waidlawoffice.com
      Telephone: 206-388-1926
23       Attorneys for Plaintiffs in Case no. 13-cv-01314
24       and Attorneys for Defendants in Case no. 13-cv-01319

25

[PROPOSED] Order Granting Stipulation to Consolidate
Page 2 of 3

WAID LAW OFFICE
4847 California Ave. SW, Suite100
SEATTLE, WA 98116
206-388-1926